| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | JOHN D. PERNICK (SBN 155468) |
| 2 | ANTHONY T. FALZONE (SBN 190845) |
| | RACHEL L. CHANIN (SBN 229253) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000 |
| | Facsimile:  (415) 393-2286 |
| 5 | |
| | WONG, CABELLO, LUTSCH, RUTHERFORD & |
| 6 | BRUCCULERI, LLP |
| | WILLIAM D. RAMAN |
| 7 | 221 W. Sixth Street, Suite 950 |
| | Austin, TX 78701 |
| 8 | Phone:  (512) 473-2550 |
| | Facsimile:  (512) 473-2555 |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | GUARANTY BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GUARANTY BANK, | | No. C 05-04724 MMC |
| | Plaintiff, | **SEPARATE CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | | |
| GUARANTY BANK OF CALIFORNIA, | | |
| | Defendant. | Date:       March 24, 2006 |
| | | Time:       10:30 a.m. |
| | | Judge:      Hon. Maxine M. Chesney |
| | | Courtroom:  7 |

SEPARATE CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER RESCHEDULING CASE
MANAGEMENT CONFERENCE (CASE NO. C-05-04724 MMC)
SF/21660872.1

Plaintiff, Guaranty Bank, submits this Separate Case Management Statement and Proposed Order:

1. **A brief description of the events underlying this action**: This is an action for trademark infringement and unfair competition under the Trademark Act of 1946, as amended (the Lanham Act, 15 U.S.C. § 1051 *et seq.*); for cancellation of a trademark registration under California Business and Professions Code § 14280 *et seq.*; and for unfair competition under California Business and Professions Code § 17200 *et seq.* and California common law. Plaintiff Guaranty Bank alleges that Defendant Guaranty Bank of California is infringing Plaintiff's trademark by opening new and additional branches outside of the Los Angeles area, and that Defendant's recent advertising activities indicate its desire to further expand. (Am. Compl. ¶¶ 18-23) Defendant has also improperly attempted to register the mark "GUARANTY BANK OF CALIFORNIA" with the United States Patent and Trademark Office (that application is pending), and has registered that mark with the California Secretary of State. (Am. Compl. ¶¶ 24-26) Unless these actions are restrained, there will be customer confusion and Plaintiff will suffer irreparable harm. (Am. Compl. ¶¶ 27-36)

2. **Status of case:**

Guaranty Bank has been attempting to resolve this dispute informally and has delayed service during these informal talks. Guaranty Bank served Guaranty Bank of California with the complaint and other initiating documents on March 9, 2006. Because service was so recent, Guaranty Bank of California has not appeared in this action and the parties have not had time to discuss the issues that need to be discussed before submitting a complete Joint Case Management Statement. Guaranty Bank therefore requests that the Court to continue the case management conference for 60 days so that the parties may have time to discuss those issues.

1  DATED: March 14, 2006

2
                                   BINGHAM MCCUTCHEN LLP
3

4

5                          By:_____/S/_____
                                        John D. Pernick
6                                    Attorneys for Plaintiff
                                        GUARANTY BANK
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SEPARATE CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER RESCHEDULING CASE
MANAGEMENT CONFERENCE (CASE NO. C-05-04724 MMC)

SF/21660872.1

**1**                      **CASE MANAGEMENT ORDER**

**2**      IT IS HEREBY ORDERED THAT:

**3**      The Case Management Conference is continued 60 days to permit the parties to discuss

**4** the issues relevant to the case management conference. The new case management conference is

**5** scheduled for May 19, ~~2005~~ 2006 at 10:30 a.m. A joint case management statement shall be filed no

**6** later than May 12, 2006. Plaintiff shall serve defendant with a copy of this order, and file proof of such service, by March 24, 2006.

**7** DATED: March 15, 2006.

**8**

**9**                                _____
                               Hon. Maxine M. Chesney
                               United States District Judge

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**