**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com
Whit Bivens (State Bar No. 190727)
w.bivens@mpglaw.com

Attorneys for Defendant
Guaranty Bank of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARANTY BANK,<br><br>Plaintiff,<br><br>vs.<br><br>GUARANTY BANK OF CALIFORNIA,<br><br>Defendant. | Case No. C 05-4724 MMC<br><br>[Assigned to The Honorable Maxine M. Chesney, Dept. 7]<br><br>Complaint Filed: November 17, 2005<br><br>**STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date: Not set. |

476637.1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially appearing by and through their respective counsel, hereby stipulate to continue the Case Management Conference for 49 days to permit the parties to pursue settlement discussions and to discuss issues relevant to the case management conference. The additional time is needed as defendant has obtained new counsel in this case. The new date for the case management conference shall be July 7, 2006 at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than June 27, 2006, unless otherwise ordered by the court.

Respectfully submitted,

DATED: April 26, 2006    BINGHAM MCCUTCHEN LLP

By: _____
John D. Pernick
Attorneys for Plaintiff GUARANTY BANK

DATED: April 26, 2006    MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

### ORDER

IT IS SO ORDERED. The case management conference is continued to July 7, 2006. A joint case management statement shall be filed no later than June 30, 2006.

Dated: __May 1_____, 2006    _____
JUDGE OF THE UNITED STATES
DISTRICT COURT