1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
2  120 MONTGOMERY STREET, SUITE 2550
   SAN FRANCISCO, CALIFORNIA 94104-4303
   TELEPHONE 415-281-2024
3  FACSIMILE 415-281-2010

4  Whit Bivens (State Bar No. 190727)
   w.bivens@mpglaw.com
5  Catherine M. Lee (State Bar No. 197197)
   c.lee@mpglaw.com
6
   Attorneys for Defendant
7  GUARANTY BANK OF CALIFORNIA

8

                    UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12 | GUARANTY BANK,                     | Case No. C 05-4724 MMC
   |                                    |
13 |        Plaintiff,                  | [Assigned to The Honorable
   |                                    | Maxine M. Chesney, Dept. 7]
14 | vs.                                |
   |                                    | Complaint Filed: November 17, 2005
15 | GUARANTY BANK OF CALIFORNIA,       |
   |                                    | **SECOND STIPULATION PURSUANT TO
16 |        Defendant.                  | L.R. 6-1(b) TO CONTINUE CASE
   |                                    | MANAGEMENT CONFERENCE
17 |                                    |           AND
   |                                    | [~~PROPOSED~~] ORDER**
18 |                                    |
   |                                    | Trial Date: Not set.

19

20

21

22

23

24

25

26

27

28

476637.1

**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially appearing by and through their respective counsel, hereby stipulate to continue the Case Management Conference for 75 days to permit the parties to pursue settlement discussions and to discuss issues relevant to the case management conference. The parties held a settlement meeting in Phoenix, Arizona on May 23, 2006, but were unable to conclude their settlement efforts. The additional time is therefore needed to enable the parties to continue these settlement efforts and to address the Case Management Conference if the settlement efforts are unsuccessful. With the requested extension, the new date for the case management conference shall be September 30, 2006 at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than September 20, 2006, unless otherwise ordered by the Court.

DATED: May 30, 2006

Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By: _____
John D. Pernick
Attorneys for Plaintiff GUARANTY BANK

DATED: May 30, 2006

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

## ORDER

IT IS SO ORDERED, with the exception that the Case Management Conference is continued from July 7, 2006 to September 29, 2006.

Dated: June 1, 2006, 2006

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT