**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com
Whit Bivens (State Bar No. 190727)
w.bivens@mpglaw.com

Attorneys for Defendant
Guaranty Bank of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARANTY BANK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GUARANTY BANK OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No. C 05-4724 MMC<br><br>[Assigned to The Honorable Maxine M. Chesney, Dept. 7]<br><br>Complaint Filed: November 17, 2005<br><br>**THIRD STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date: Not set. |

493618.1

**THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  Plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially
2  appearing by and through their respective counsel, hereby stipulate to continue the Case
3  Management Conference for 45 days to permit the parties to pursue settlement discussions and to
4  discuss issues relevant to the case management conference.  The parties attended an in-person
5  settlement meeting in Phoenix, Arizona on May 23, 2006 at which settlement positions were
6  exchanged.  Thereafter, the parties have exchanged written settlement counteroffers.  The
7  additional time is needed to enable the parties to continue these settlement efforts and to address
8  the Case Management Conference if the settlement efforts are unsuccessful.  With the requested
9  extension, the next date for the case management conference shall be November 14, 2006 at 10:30
10 a.m. or the first available date thereafter.  A joint case management conference statement shall be
11 filed by no later than November 6, 2006, unless otherwise ordered by the court.

Respectfully submitted,

DATED: August ____, 2006      BINGHAM MCCUTCHEN LLP

By: _____
Rachel L. Chanin
Attorneys for Plaintiff GUARANTY BANK

DATED: August 16, 2006      MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2006      _____
JUDGE OF THE UNITED STATES
DISTRICT COURT

Plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially appearing by and through their respective counsel, hereby stipulate to continue the Case Management Conference for 45 days to permit the parties to pursue settlement discussions and to discuss issues relevant to the case management conference. The parties attended an in-person settlement meeting in Phoenix, Arizona on May 23, 2006 at which settlement positions were exchanged. Thereafter, the parties have exchanged written settlement counteroffers. The additional time is needed to enable the parties to continue these settlement efforts and to address the Case Management Conference if the settlement efforts are unsuccessful. With the requested extension, the next date for the case management conference shall be November 14, 2006 at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than November 6, 2006, unless otherwise ordered by the court.

Respectfully submitted,

DATED: August 17, 2006         BINGHAM MCCUTCHEN LLP

By: _____
Rachel L. Chanin
Attorneys for Plaintiff GUARANTY BANK

DATED: August ___, 2006        MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

### ORDER

IT IS SO ORDERED.  The conference is continued to November 17, 2006.

Dated: __August 18__, 2006

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT