**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com
Whit Bivens (State Bar No. 190727)
w.bivens@mpglaw.com

Attorneys for Defendant
Guaranty Bank of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARANTY BANK,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GUARANTY BANK OF CALIFORNIA,<br><br>　　　　　　Defendant. | Case No. C 05-4724 MMC<br><br>[Assigned to The Honorable<br>Maxine M. Chesney, Dept. 7]<br><br>Complaint Filed: November 17, 2005<br><br>**FOURTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date: Not set. |

499876.1

**FOURTH STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1   Plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially
2   appearing by and through their respective counsel, hereby stipulate to continue the Case
3   Management Conference for 45 days. The parties have reached a settlement of this matter and the
4   continuance is needed to permit the parties to document the settlement. With the requested
5   extension, the next date for the case management conference shall be January 3, 2007 at 10:30
6   a.m. or the first available date thereafter. A joint case management conference statement shall be
7   filed by no later than December 21, 2006, unless otherwise ordered by the court.

Respectfully submitted,

DATED: September __, 2006        BINGHAM MCCUTCHEN LLP

By: _____
John D. Pernick
Attorneys for Plaintiff GUARANTY BANK

DATED: September 28, 2006        MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

**ORDER**

IT IS SO ORDERED.; the case management conference is continued from Nov. 11, 2006 to January 5, 2007, at 10:30 a.m.

Dated: September 29, 2006        _____
JUDGE OF THE UNITED STATES
DISTRICT COURT