| | |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP** |
| 2 | ATTORNEYS AT LAW<br>120 MONTGOMERY STREET, SUITE 2550<br>SAN FRANCISCO, CALIFORNIA 94104-4303 |
| 3 | TELEPHONE 415-281-2024<br>FACSIMILE 415-281-2010 |

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com
Whit Bivens (State Bar No. 190727)
w.bivens@mpglaw.com

Attorneys for Defendant
Guaranty Bank of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARANTY BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>GUARANTY BANK OF CALIFORNIA,<br><br>    Defendant. | Case No. C 05-4724 MMC<br><br>[Assigned to The Honorable Maxine M. Chesney, Dept. 7]<br><br>Complaint Filed: November 17, 2005<br><br>**FIFTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

510168.1

**FIFTH STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially appearing by and through their respective counsel, hereby stipulate to continue the Case Management Conference for 60 days. The parties have reached a settlement of this matter and the continuance is needed to permit the parties to document the settlement. With the requested extension, the next date for the case management conference shall be March 5, 2007 at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than February 19, 2007, unless otherwise ordered by the court.

Respectfully submitted,

DATED: December 12, 2006        BINGHAM MCCUTCHEN LLP

By: /S/_____
   John D. Pernick
   Attorneys for Plaintiff GUARANTY BANK

DATED: December 13, 2006        MUSICK, PEELER & GARRETT LLP

By: /S/_____
   Catherine M. Lee
   Attorneys for Defendant
   GUARANTY BANK OF CALIFORNIA

## ORDER

The case management conference is continued from January 5, 2007 to March 9, 2007. A joint case management statement shall be filed no later than March 2, 2007.

IT IS SO ORDERED.

Dated: December 18, 2006

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

510168.1                                 1
**FIFTH STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW