MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com
Whit Bivens (State Bar No. 190727)
w.bivens@mpglaw.com

Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GUARANTY BANK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GUARANTY BANK OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. C 05-4724 MMC<br><br>[Assigned to the Honorable<br>Maxine M. Chesney, Dept. 7]<br><br>Complaint Filed: November 17, 2005<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE (FRCP Rule 41(a)) AND ORDER**<br><br>Trial Date: Not set. |

513192.1

STIPULATED NOTICE OF DISMISSAL – FRCP 41(a)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Guaranty Bank and defendant Guaranty Bank of California, specially appearing by and through their respective counsel, hereby stipulate to dismiss *with prejudice* the above pending action. Plaintiff and defendant further stipulate that this court shall retain jurisdiction of this action for the sole purpose of enforcing the Settlement Agreement executed by the parties.

Respectfully submitted,

DATED: January 12, 2007

BINGHAM MCCUTCHEN LLP

By: _____
John D. Pernick
Attorneys for Plaintiff GUARANTY BANK

DATED: January 12, 2007

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendant
GUARANTY BANK OF CALIFORNIA

Dated: January 18, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney

513192.1

STIPULATED NOTICE OF DISMISSAL – FRCP RULE 41(a)